CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for

Rhe

APR 2 4 2007

JOHN F. CORCORAN CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| SHERIL ANN CARR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07CV00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HANK HAZELWOOD, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

as follows:

(1)     Plaintiff's claim against Hank Hazelwood for molestation alleged to have occurred in 2004 shall be and hereby is **DISMISSED** as frivolous pursuant to § 1915(e)(2).

(2)     Plaintiff's claim against Deputy Corporal Michael Pickeral for the alleged use of excessive force in 2004 shall be and hereby is **DISMISSED** as frivolous pursuant to § 1915(e)(2).

(3)     Plaintiff's claim against Hank Hazelwood for molestation alleged to have occurred in 2006 shall go forward.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 24th day of April, 2007.

Senior United States District Judge