UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

SHERIL A. CARR,

        Plaintiff,

v.                                      Civil Action No. 7:07cv0001

HANK HAZELWOOD,

        Defendant.

## Motion for Summary Judgment

The defendant, Hank Hazelwood ("Sergeant Hazelwood"), moves the Court to grant summary judgment in his behalf. F.R.C.P. 56(b). The attached memorandum and affidavit state more fully the reasons for granting this motion.

                                                              Hank Hazelwood

                                                              By: /s/_____
                                                                    Counsel

John A. Gibney, Jr. VSB No. 15754
Attorney for Defendant Hank Hazelwood
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax (804)780-1813
jgibney@t-mlaw.com

Certificate of Service

I certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system; and mailed a copy of the foregoing to Sheril A. Carr, Virginia Correctional Center for Women, P.O. Box 1, Goochland, Virginia 23063.

_____/s/_____
John A. Gibney, Jr. VSB No. 15754
Attorney for Defendant Hank Hazelwood
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax (804)780-1813
jgibney@t-mlaw.com