CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke

DEC 1 4 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

SHERIL A. CARR,                    )
    Plaintiff,                      )        Civil Action No. 7:07cv00001
                                    )
v.                                 )        **ORDER**
                                    )
HANK HAZELWOOD, <u>et al.</u>,     )        By: Hon. Jackson L. Kiser
    Defendants.                     )        Senior United States District Judge
                                    )

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that Hazelwood's motion for summary judgment (Docket Number 32) is **DENIED**.

    The Clerk is **DIRECTED** to set this matter for trial in the Danville Division before a seven-member jury on plaintiff's claims of sexual harassment and molestation in 2006. The Clerk is further **DIRECTED** to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for defendants.

    **ENTER:** This 14th day of December, 2007.

_Jackson L. Kiser_
Senior United States District Judge